## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NICHELE LYNETTE SOLOMON-LINDSEY | § | CASE NO. RS09-40049-PC |
| | § | CHAPTER 7 |
| | § | |
| | § | JUDGE PETER CARROLL |

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**PennyMac Loan Services, LLC.**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 3800-N-0532
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for PennyMac Loan Services, LLC.

## CERTIFICATE OF SERVICE

    I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before March 15, 2010:

**Debtors' Attorney**
Nichele Lynette Solomon-Lindsey
Debtor Pro Se
17821 Camino San Simeon
Moreno Valley, California  92551

**Chapter 7 Trustee**
Sandra Bendon
3943 Irvine Boulevard, Suite 329
Irvine, California 92602

**U.S. Trustee**
Office of the US Trustee
3420 12th Street, Room 200
Riverside, California 92501

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

3800-N-0532
noaelect